**DISMISS; and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00581-CR

### ISAIAH MAURICE HILL, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-34630-X**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Isaiah Maurice Hill was convicted, following the adjudication of his guilt, of aggravated assault with a deadly weapon. Appellant pleaded true to the allegations in the motion to adjudicate guilt and was sentenced to ten years' imprisonment pursuant to a plea bargain agreement. He waived his right to appeal as part of the agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.[1]

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150581F.U05

---

[1] Due to our disposition of the appeal, we take no action on appellant's June 29, 2015 pro se "motion to overturn conviction."



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ISAIAH MAURICE HILL, Appellant

No. 05-15-00581-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F11-34630-X.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 9th day of July, 2015.